IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN HOPPES, | : Civ. No. 1:24-CV-1503 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| FRANK BISIGNANO, Commissioner of Social Security,[1] | : |
| Defendant. | : |

## ORDER

AND NOW, this 11th day of July 2025, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

s/ Daryl F. Bloom
Daryl F. Bloom
Chief United States Magistrate Judge

---

[1] On May 7, 2025, Frank Bisignano became the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Frank Bisignano is substituted as the defendant in this suit.